FILED
April 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: BW
DEPUTY

Adam Noureddine, Pro-Se    In The U.S.
vs.                         District Court
The State OF Texas          Of Texas

6:22-cv-00449

Application for Writ of Habeas Corpus Seeking Relief From Unlawful Detentions, Prosecution, Extraditions and Oppression

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Adam Noureddine, Petitioner, by and through himself, and respectfully makes this Application for Writ of Habeas Corpus Seeking Relief from unlawful Detentions, Extraditions, Prosecution, and Oppression that are the direct results of Houston, Tx, Police Brutality and Without probable Cause, by the State of Texas, in violation of the 4th, 5th, 6th, 8th, and 14th Amendments to the U.S. Constitution, and Article 1 Sections 9, 10, 13 and 19 of the Texas Constitution, and Tex. R. Evid. 403, and Article 1983 of the U.S. Code, and Articles 17.151, 105, 42A.751(d), 42A.756, and 42.037(h) of the Texas Code of Criminal Procedures. See Zani v. State, 758 S.W.2d 233 (Tex. Crim. App. 1988); and, Franks v. Delaware, 438 U.S. 154, 98 S.ct. 2674, 57 L.E.2d. 667 (1978). And for good cause, The Petitioner will specifically show the following:

(A) Unlawful Houston Police Brutality Without Probable Cause as evident by the unprovoked Houston, Tx, Police beating and coverups by diverse first responders, and Houston Jail's officers and Medical doctors, which may easily be verified through the Houston Police Report and Recordings, Houston Jail detention and Medical records, the Harman Hospital Emergency Room in Houston, and the permenant bodily injuries sustained by the Petitioner during the said beating on September 17, 2020.

The Petitioner, hereby, requests the Subpoena of the [Return Receipt Requested]

above mentioned material evidence that will prove the above claims by the Petitioner beyond the shadow of any doubt.

On September 17, 2020, the Houston, Tx, Police beat the Petitioner without provokation and broke his left leg during a regular traffic stop, then, they refused to provide Medical attention, but instead, they threatened more beating and death if he complained about the beating or refused to take the Sobriety Walk Test on Camera, while he's limping from acute pain. The Petitioner failed the involuntary Walk Test, which was used as the direct and exclusive basis for the "DWI 3rd or More" charge and arrest, despite the Petitioner passing the Breatholizer Test with Zero Alcohol, as evident by the Houston, Tx, Police Report.

The Police Report and subsequent Blood test confirm the absense of any Alcohol or intoxicating agent in the Petitioner Body and Car, which invalidates the "DWI 3rd or More" charge without probable cause, and renders all criminal actions based on it against the Petitioner as unlawful. See Zani v. State cited earlier.

(B) Unlawful prosecution by the State of Texas District Attorneys as evident by the lack of probable cause, and their invalid statetments in their allegations, charges, and Motions to the Courts because they are the product of deliberate falsehood, and reckless disregard to the truth. See Franks v. Delaware cited above.

The evidence above will prove substantial Prosecutorial Misconduct and negligence in all pending cases against the

[Return Receipt Requested]

Petitioner in the State of Texas, intentionally and knowingly.

C-) Un-lawful arrest warrants, detentions, and extraditions requests in Harris, Hood, and Bell Co., TX as evident by the Un-lawful "DWI 3rd or More" charge without Probable cause. See Zani v. State cited above. In addition, the pending extradition to Harris Co., TX, constitutes a clear and present danger to the petitioner's life, as evident by the threats of more beating and death by the Houston Police if the beating on 9-17-2020 is reported to the authorities.

Therefore, it is critical to issue an immediate injunction to the Sheriff of Bell Co., TX, to stop the pending extradition to Harris Co.

D-) Oppression by Texas District Attorneys and Courts as evident by their intentional denial of the Petitioner's Constitutional rights; and, their mistreatment, arrests, detentions, and extraditions of the Petitioner knowing they are un-lawful. The Petitioner informed the DA's and Courts about the violations by way of requests and Motions to the Courts.

WHEREFORE, the Petitioner respectfully prays unto this Court to subpoena the above material evidence; and, Order issue an immediate injunction to stop the said extradition; and, Order an evidentiary hearing to dismiss the Cases against the Petitioner (see list below), release him from detention, and provide him with restitution as appropriate. List of Cases against the Petitioner in TX: Harris-1690445; Bell-78979. Petitioner is currently held by the Sheriff of Bell Co., TX, in the Lee Co., TX, jail.

Respectfully Submitted by Adam Noureddine, Petitioner, on 4-11-2022.

Certificate of Service: A copy of this application has been mailed to the Texas District Attorney's Office on 4-11-2022.

Return Receipt Requested.

Adam Noureddine
Lee County Detention Center
P.O. Box 98, Giddings, TX 78942

To the Honorable U.S. District Court Clerk,

I am a victim of Police brutality and unprovoked beating that, unfortunately, caused permanent injuries. The Attorney advised me to request Form 1983 (1983), and submit it to the Court for relief by law:

① Would you please provide me with Form 1983 and any related requirements and instructions available to properly submit it?

② Is there a fee for submission to the Court? And, Can I submit a request for in forma pauperis if I cannot afford it?

③ If this honorable Court does not have District or Divisional jurisdiction, would you please send me the name and mailing address of the U.S. District Court that has jurisdiction, along with Form 1983?

I am currently reachable at the above address where I'm being detained by the Sheriff of Bell County, and I don't have any access to the Law Library, so Your help on this is greatly appreciated.

Thank You in Advance,

Respectfully Submitted by Adam Noureddine 4-21-2022

Note to The Honorable Court Clerk:
Attached please find an Application for Writ of Habeas Corpus seeking relief from Unlawful detention in violation of my civil Rights. Please send me confirmation of filing with the Court. Thank you, Adam Noureddine

NOUREDDINE, ADAM
INMATE MAIL
P.O. BOX 98
GIDDINGS, TX 78942



Return Service Requested.

Honorable Court Clerk
U.S. District Court of Texas
800 Franklin
Waco, TX 76501



(Legal Priviliged)

RECEIVED

APR 29 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

7670131934 C096